Law Offices of Paul Delano Wolf
Paul Delano Wolf #78624
James R. Stevens #286646
717 Washington Street, 2nd Floor
Oakland, CA 94607
(510) 451-4600, Fax (510) 451-3002

Attorneys for Defendant
RANDY DUANE BLACK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          Plaintiff,<br>     vs.<br>RANDY DUANE BLACK,<br>          Defendant | Case No. CR 04-40110-1 SBA<br><br>STIPULATED PROTECTIVE ORDER |

The parties stipulate as follows:

1.  Defendant Randy Duane Black has been accused of several supervised release violations including an alleged domestic violence incident and an alleged robbery.

2.  The discovery in this matter contains, among other things, personal contact information and other identifying information for several individuals described as victims or witnesses.

3.  The Government intends to provide unredacted police reports, which include contact and identifying information for the individuals listed as victims and witnesses in the police reports.

4.  The parties agree that the unredacted discovery will be provided subject to the following conditions:

    A. Any unredacted police reports, or any other reports, that include names, telephone

numbers, addresses or any other identifying or contact information will not be given, shown or any other way transmitted to the defendant, Mr. Black.

B.  Such materials and their contents, and any notes or other record of such materials or their contents, shall not be disclosed either directly or indirectly to any person or entity other than persons employed to assist in the defense or prosecution of this matter, and all such reproductions shall be treated in the same manner as the original.

WHEREFORE, in the best interests of the administration of justice and because of the importance of protecting potential witnesses and others, it is requested that a protective order as described above be entered in this case.

IT IS SO STIPULATED BY COUNSEL OF RECORD

Dated: March 1, 2013                LAW OFFICES OF PAUL DELANO WOLF

/s/
James R. Stevens
Attorney for Randy Duane Black

Dated: March 1, 2013

/s/
Aaron Wegner
Assistant United States Attorney

In accordance with the parties' stipulation IT IS SO ORDERED.

Dated:  3/1/13

HON.  SAUNDRA B. ARMSTRONG
United States District Court Judge

2