| | |
|---|---|
| 1 | LAW OFFICES OF PAUL DELANO WOLF |
| 2 | PAUL DELANO WOLF, SBN 78624<br>JAMES R. STEVENS, SBN 286646 |
| 3 | 717 Washington Street, Second Floor<br>Oakland, CA 94607 |
| 4 | (510) 451-4600 (telephone)<br>(510) 451-3002 (facsimile) |

Attorneys for Defendant
RANDY DUANE BLACK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 04-40110-01-SBA |
| Plaintiff, | ) | **STIPULATION FOR ORDER AND** |
| | ) | [PROPOSED] **ORDER TO CONTINUE** |
| | ) | **STATUS HEARING** |
| v. | ) | |
| RANDY DUANE BLACK, | ) | |
| Defendant. | ) | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties that the status hearing currently set before the Magistrate/Court on August 11, 2014 at 9:30 a.m. be moved to August 25, 2014 at 9:30 a.m. The current date was set before a motion to revoke the Magistrate's Judge's detention order was calendared for August 19, 2014 and that motion should be heard before Mr. Black's next status appearance.

SO STIPULATED.

August 4, 2014                                                    /s/
Dated                                                              ROGER DINH
                                                                   Assistant United States Attorney

\\

\\

STIPULATION FOR ORDER AND ORDER TO CONTINUE STATUS HEARING

| | | |
|---|---|---|
| 1 | August 4, 2014 | /s/ |
| 2 | Dated | JAMES R. STEVENS<br>Attorney for Defendant<br>RANDY DUANE BLACK |

      SO ORDERED.

8/5/14  
Dated                      *Kandis Westmore*  
                           HONORABLE KANDIS A. WESTMORE  
                           United States Magistrate Judge