LAW OFFICES OF PAUL DELANO WOLF
PAUL DELANO WOLF, SBN 78624
JAMES R. STEVENS, SBN 286646
717 Washington Street, Second Floor
Oakland, CA 94607
(510) 451-4600 (telephone)
(510) 451-3002 (facsimile)

Attorneys for Defendant
RANDY DUANE BLACK

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 04-40110-01-SBA |
| Plaintiff, | **STIPULATION FOR ORDER AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING** |
| v. | |
| RANDY DUANE BLACK, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY STIPULATED by the parties that the status hearing currently set before the Magistrate on August 25, 2014 at 9:30 a.m. be moved to September 9, 2014 at 9:30 a.m.  The current date was set before a motion to revoke the Magistrate's detention order was moved by Judge Armstrong from August 19, 2014 to September 2, 2014 and that motion should be heard before Mr. Black's next status appearance.

SO STIPULATED.

August 21, 2014                                           /s/
Dated                                                          ROGER DINH
                                                                    Assistant United States Attorney

\\

\\

STIPULATION FOR ORDER AND ORDER TO CONTINUE STATUS HEARING

1  August 21, 2014  
   Dated  
                                  /s/
                                  JAMES R. STEVENS
2                                 Attorney for Defendant
                                  RANDY DUANE BLACK
3

4         SO ORDERED.

5  8/22/14
6  Dated                          _____
                                  HONORABLE KANDIS A. WESTMORE
7                                 United States Magistrate Judge

STIPULATION FOR ORDER AND ORDER TO CONTINUE STATUS HEARING         - 2 -